UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
GLENN STEWART, et al.,        )
                              )
     Plaintiffs,              )
                              )
          v.                  )  NO.  3:10-0494
                              )
AMERICAN EAGLE AIRLINES, et al.) Judge Haynes/Bryant
                              )
     Defendants.              )
```

## **O R D E R**

Plaintiffs in this action seek an order vacating and setting aside an arbitrator's award.

The initial case management conference was conducted by the undersigned Magistrate Judge on July 13, 2010. From discussions with counsel at this conference, the Court adopts the following preliminary deadlines to govern progress of this case:

Any motion seeking a transfer of the venue of this case shall be filed on or before **August 20, 2010**. A response in opposition shall be filed twenty-one days following the filing of the motion, and, in any event, by **September 10, 2010**. A reply to the response shall be filed within ten days following the response, and, in any event, by **Monday, September 20, 2010**.

Defendants shall file their responses to the complaint fourteen days after the Court's ruling on any motion to transfer venue, provided that the Court finds that venue shall remain in this district.

The Court will schedule a follow-up case management conference with counsel upon resolution of the issue of venue.

It is so **ORDERED**.

                                        <u>s/ John S. Bryant</u>
                                        JOHN S. BRYANT
                                        United States Magistrate Judge