IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLEN STEWART, ET AL, § <br> § <br> Plaintiffs, § <br> § CIVIL ACTION NO. <br> v. § 3:10-CV-2275-P <br> § <br> AMERICAN EAGLE AIRLINES, INC., § <br> ET AL, § <br> § <br> Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order of August __2__ 2011, the Court issues judgment as follows:

1) Plaintiffs' declaratory judgment action is dismissed with prejudice;

2) Defendant Allied Pilots Association's cross-claim is dismissed with prejudice; and

3) Costs are assessed against Plaintiffs with regard to their claim and against Cross-Plaintiff Allied Pilots Association with regard to its claim.

**IT IS SO ORDERED.**

Signed this 2nd day of August 2011.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE